Joseph R. Manning, Jr., Esq. (State Bar No. 223381)
Michael J. Manning, Esq. (State Bar No. 286879)
Craig G. Cote, Esq. (State Bar No. 132885)
**MANNING LAW, APC**
20062 S.W. Birch Street, Suite 200
Newport Beach, CA 92660
Office: (949) 200-8755
ADAPracticeGroup@manninglawoffice.com

Attorneys for Plaintiff PATRICIA FILARDI

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA FILARDI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>OC BURGER BOYS, LLC; and MEGDAL GREEN, LLC; and DOES 1-10, inclusive,<br><br>Defendants. | CASE No.: 8:19-cv-01468-DOC-ADS<br><br>**Declaration of Joseph R. Manning Jr. in Support of Plaintiff's Application for Default Judgment by Court** |

I, Joseph R. Manning, Jr., declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am the principal attorney at Manning Law, APC, attorneys of record for Plaintiff Patricia Filardi ("Plaintiff"), and, in that capacity, I am familiar with this matter. Based on my own experience and knowledge, I can testify to the following.

2. Plaintiff requested Entry of Default against Defendant Megdal Green, LLC based on the Complaint on July 31, 2019. The clerk has entered Default as to Megdal Green, LLC on September 13, 2019.

DECLARATION OF JOSEPH R. MANNING, JR.

3. We conducted a public records search in order to ascertain the owners of the property that are the subject of this litigation, and true and correct copies of which are attached as Exhibit 4. Based on this search and the records located, our office determined, to the best of our knowledge, that Defendant Megdal Green, LLC owns and controls the real property located at or about 21532 South Brookhurst, Huntington Beach, CA 92646 that is the subject of this lawsuit on the date complained of by the Plaintiff.

4. Defendant Megdal Green, LLC is not an infant or incompetent person. Defendant Megdal Green, LLC is not a person in military service or otherwise exempted under the Soldiers' and Sailors' Civil Relief Act of 1940.

5. Notice of this Application for Default of Judgment by court was served on Defendant on October 1, 2019, by first class United States Mail, postage prepaid.

6. My firm and I have expended time and incurred costs in preparing this case. I have done the following: (1) discussed the case with the client and developed intake notes; (2) conducted a preliminary site inspection of the real property to comply with Rule 11 obligations; (3) conducted research of public records to determine the identities of the business owner and the owner of the real property; (4) drafted the Complaint; (5) reviewed and executed the Request for Entry of Default; (6) and drafted the application for default judgment and my supporting declaration.

7. I have been in practice since 2002.  My billing rate for ADA related work is $425.00, which is a fair rate for attorneys with similar experience and expertise in this nuanced area of law. My associate attorney's hourly rate of $350 is based on average attorneys' fees charged in the general geographic area with similar experience.

8. I spent a total of 3.25 hours of time at $450/hour and my associate attorneys spent 6.05 hours at $375/hour, which totals $3,731.00 in attorney fees, and paid $538.00 in filing fees and service costs, for a total of $4,269.00 in attorneys' fees and costs. A Billing Statement is attached as Exhibit 5.

DECLARATION OF JOSEPH R. MANNING, JR.

1  I declare under penalty of perjury under the law of the State of California that
2  the foregoing is true and correct.
3
4  Dated: October 2, 2019                **MANNING LAW, APC**
5
6                                        By: /s/ *Joseph R. Manning Jr.*
                                             Joseph R. Manning Jr., Esq.
7                                            Attorneys for Plaintiff

DECLARATION OF JOSEPH R. MANNING, JR.